[No. 5123.   Decided March 30, 1905.]

H. J. NEELY et al., Respondents, v. H. H. SCHULTZ, Appellant.[1]

Appeal from a judgment of the superior court for Spokane county, Belt, J., entered November 9, 1903, upon findings in favor of the plaintiff, after a trial on the merits before the court with-out a jury, in an action to recover a broker's commissions. Reversed.

A. E. Gallagher, for appellant.

Merritt & Merritt, for respondents.

PER CURIAM.—This case involves the same state of facts shown in the case of Neely v. Lewis, ante p. 20, 80 Pac. 175. Like that case it must be reversed for the reason that the brokers did not comply with their contract. They neither produced a purchaser who was ready, able and willing to take the property on the terms upon which they held it for sale, or a purchaser who would take it on terms satisfactory to the owner. A broker to recover on his implied contract must do one or the other. The judgment is reversed, and the cause remanded with directions to enter a judgment for the appellant according to the prayer of his answer.

---

[No. 5323.   Decided March 31, 1905.]

HUGH A. TAIT, as Receiver of the Bay Lumber & Shingle Company, Respondent, v. W. D. HOFIUS, Appellant.[2]

Appeal from a judgment of the superior court for King county, Morris, J., entered April 21, 1904.   Affirmed.

Ballinger, Ronald & Battle, for appellant.

Byers & Byers, for respondent.

PER CURIAM.—For the reasons assigned in Tait v. Pigott, ante p. 59, 80 Pac. 172 (just decided), the judgment in this case will be affirmed.

[1]Reported in 80 Pac. 176.

[2]Reported in 80 Pac. 173.